[No. 6789–1. Division One. June 25, 1979.]

PAUL A. BUTRIM, ET AL, *Respondents,* V. KEN GORSHKOW, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 823785, James J. Dore, J., entered July 3, 1978. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Andersen, JJ.

[No. 3044–2. Division Two. June 25, 1979.]

GENERAL AUTOMOTIVE WAREHOUSE, INC., *Respondent,* v. JAMES D. YAUN, ET AL, *Appellants,* NORTH-WESTERN NATIONAL BANK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 24178, Tyler C. Moffett, J., entered August 2, 1977. *Reversed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.

[No. 2948–3. Division Three. June 26, 1979.]

CONSTANCE M. SIMONSON, *Appellant,* v. THE CITY OF SPOKANE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 245067, Richard P. Guy, J., entered May 25, 1978. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.